UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RITCHSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN ROSS ENTERPRISES, INC. dba SIERRA PAINT AND DRYWALL, a California Corporation; and NEUBAUER-JENNISON, INC., a California Corporation,<br><br>    Defendants. | No.  2:15-cv-01459-GEB-EFB<br><br><br><br>**ORDER** |

All parties have filed their consent to proceed before the Magistrate Judge for all purposes. (See ECF Nos. 7, 9, 16.)

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See Local Rule 305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  November 17, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

1

1                    ACCEPTANCE OF REFERRAL

2          Pursuant to the parties' consent and the approval of
3 the United States District Judge, I accept reassignment of this
4 action for all further proceedings, including entry of final
5 judgment. All documents hereafter filed shall be denominated as
6 2:15-cv-01459-EFB. Further, any matter currently scheduled before
7 the District Judge is vacated.
8          IT IS SO ORDERED.
9 DATED:  November 17, 2015

         EDMUND F. BRENNAN
         UNITED STATES MAGISTRATE JUDGE

2