UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RITCHSON,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN ROSS ENTERPRISES, INC., et al.,<br><br>Defendants. | No.  2:15-cv-1459-EFB<br><br><br><br>ORDER TO SHOW CAUSE |

On December 23, 2015, non-party New Hampshire Insurance Company ("New Hampshire") filed a motion to intervene in this action pursuant to Federal Rule of Civil Procedure 24.  ECF No. 22.  The motion is currently noticed for hearing on February 10, 2016.  ECF No. 24. Court records reflect that neither plaintiff nor defendants have filed an opposition or statement of non-opposition to the motion.

Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by January 27, 2016. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the

1

inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on New Hampshire's motion to intervene (ECF Nos. 22) is continued to March 2, 2016.

2. Plaintiff and defendants shall show cause, in writing, no later than February 17, 2016, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

3. Plaintiff and defendants shall file an opposition to the motion, or a statement of non-opposition thereto, no later than February 17, 2016.

4. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto and may result in the court granting the motion to intervene. *See* Fed. R. Civ. P. 41(b).

5. New Hampshire may file a reply to any opposition on or before February 24, 2016.

DATED: February 4, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE