Robert B. Ryder (SBN 106257)
*rbryder@wolfewyman.com*
Brooke E. Washburn (SBN 248114)
*bewashburn@wolfewyman.com*
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for Defendant
JOHN ROSS ENTERPRISES, INC. dba SIERRA PAINT AND DRYWALL, a California Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RITCHSON,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN ROSS ENTERPRISES, INC. dba SIERRA PAINT AND DRYWALL, a California Corporation, and NEUBAUER-JENNISON, INC., a California corporation,<br><br>              Defendants. | Case No.: 2:15-cv-01459-EFB<br><br>**[PROPOSED] ORDER MODIFYING PRETRIAL ORDER DATES** |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between all parties, the Court's Pretrial Order entered on December 21, 2015, is hereby modified as follows:

1) Plaintiff's/Intervenor's expert disclosures will occur on or before September 30, 2016;

2) Defendants' expert disclosures occur on or before October 7, 2016.

IT IS SO ORDERED.

DATED:  June 2, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE